IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00913-EWN-KLM

RICHARD BAKER,

        Plaintiff,

v.

AIRSERV CORPORATION, and
UNITED AIRLINES, INC.,

        Defendant(s).
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

        This matter is before the Court on **Defendants' [Unopposed] Motion for Client Representatives to Attend Settlement Conference by Telephone** [Docket No. 17; Filed October 10, 2008] (the "Motion").  After filing the Motion, Defendants filed a supplemental pleading to inform that Court that the Motion was unopposed [Docket No. 18].

        IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Defendants' client representatives shall be available by telephone, at numbers obtained in advance by Defendants' counsel, for the duration of the Settlement Conference.

Dated:  October 15, 2008