IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00913-PAB-KLM

RICHARD BAKER,

    Plaintiff,

v.

AIRSERV CORPORATION, and
UNITED AIRLINES, INC.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Modification of the Scheduling Order to Extend Discovery Deadline** [Docket No. 25; Filed December 1, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on August 13, 2008 [Docket No. 15] is modified to extend the discovery deadline to **February 16, 2009**.

    IT IS FURTHER **ORDERED** that the Court *sua sponte* extends the dispositive motions deadline to **February 27, 2009**.

Dated: December 3, 2008