IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00913-PAB-KLM

RICHARD BAKER,

    Plaintiff,

v.

AIRSERV CORPORATION, and
UNITED AIRLINES, INC.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Second Joint Motion for Modification of the Scheduling Order to Extend Discovery and Dispositive Motions Deadline** [Docket No. 29; Filed January 30, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on August 13, 2008 [Docket No. 15], and amended on December 3, 2008 [Docket No. 27], is modified to extend the following deadlines:

- Discovery Deadline                       **March 9, 2009**
- Dispositive Motions Deadline       **March 20, 2009**

Dated: January 30, 2009