IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00913-PAB-KLM

RICHARD BAKER,

    Plaintiff,

v.

AIRSERV CORPORATION, and
UNITED AIRLINES, INC.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Air Serv Corporation's **Motion for Leave to File Sur-Reply to Plaintiff's Motion to Compel** [Docket No. 45; Filed April 1, 2009] (the "Motion").

    The filing of surreplies is not contemplated by the Federal Rules of Civil Procedure or the Court's Local Rules. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

Dated: April 3, 2009