IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00913-PAB-KLM

RICHARD BAKER,

    Plaintiff,

v.

AIRSERV CORPORATION and
UNITED AIRLINES INC.,

    Defendants.

_____

**ORDER**
_____

    This matter is before the Court on defendants' expedited motion [Docket No. 51] to strike plaintiff's cross-motion for partial summary judgment [Docket No. 48] and the brief in support thereof [Docket No. 49].  According to the Scheduling Order in this case [Docket No. 15] and subsequent Minute Orders by Magistrate Judge Kristen L. Mix [Docket Nos. 27, 31], the dispositive motion deadline was March 20, 2009.  For the reasons stated below, defendants' motion to strike is granted.

    On March 20, 2009, defendants filed a motion for summary judgment [Docket No. 40].  On April 9, 2009, the day his response to defendants' motion for summary judgment was due, plaintiff filed a three-page cross-motion for partial summary judgment and a twenty-five-page combined brief both responding to defendants' motion

and supporting his own. Plaintiff did not seek an additional extension to the dispositive motion deadline or leave to file a motion in excess of the page limits.[1]

Plaintiff's decision to file a brief which both responds to defendants' motion and supports his own motion for partial summary judgment caused him to violate both my formatting rules for summary judgment motions and the page limits. *See* Practice Standards (Civil case), Judge Philip A. Brimmer § III.F.3.a-b. My Practice Standards state that the page limitation for motions for summary judgment "shall include the motion for summary judgment, cover page, jurisdictional statement, statement of facts, procedural history, argument, closing, signature block, and all other matters, except the certificate of service." Practice Standards (Civil case), Judge Philip A. Brimmer § III.F.3.a. Plaintiff's motion for partial summary judgment and his brief combine for a total of twenty-eight pages, in violation of the twenty-page limit from my practice standards.

Furthermore, plaintiff's only explanation for filing his motion for partial summary judgment after the dispositive motion deadline amounts to a misreading of Federal Rule of Civil Procedure 56(a). He offers no support for his position that Rule 56(a) permits him to file a cross-motion for summary judgment out of time, nor can I find any. *Cf. Kelley v. N. Y. Life Ins. & Annuity Corp.*, No. 07-cv-01702-LTB-BNB, 2008 U.S. Dist. LEXIS 104750, at *11 (D. Colo. Dec. 30, 2008) (noting that cross-motion for summary judgment filed after dispositive motion deadline was untimely, but denied motion

---

[1] By Minute Order [Docket No. 39], the page limits for defendants' motion for summary judgment and plaintiff's response were increased to twenty-five pages from the twenty-page limit in my practice standards. *See* Practice Standards (Civil case), Judge Philip A. Brimmer § III.F.3.a.

alternatively on substantive grounds); *Schroer v. United States*, No. 07-cv-00690-LTB-BNB, 2008 U.S. Dist. LEXIS 64568 (D. Colo. Aug. 22, 2008) (striking cross-motion for summary judgment that was filed as a response after dispositive motion deadline passed).

Therefore, it is

**ORDERED** that defendants' expedited motion to strike [Docket No. 51] is GRANTED. Plaintiff's cross-motion for partial summary judgment [Docket No. 48] is STRICKEN. Plaintiff's combined brief [Docket No. 49] in opposition to defendants' motion for summary judgment and in support his own motion for partial summary judgment is STRICKEN for all purposes. It is further

**ORDERED** that on or before **Wednesday, April 22, 2009**, plaintiff shall file an amended response that only addresses defendants' motion for summary judgment and that otherwise complies with my practice standards, *see* Practice Standards (Civil case), Judge Philip A. Brimmer § III.F.3.b. It is further

**ORDERED** that defendants shall have fifteen days from the day plaintiff's response is filed to file a reply.

DATED April 20, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge