IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00913-PAB-KLM

RICHARD BAKER,

    Plaintiff,

v.

AIRSERV CORPORATION and
UNITED AIRLINES INC.,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on defendants' Motion to Clarify the Nature and Effect of Plaintiff's Objections to Defendants' Proposed Exhibits [Docket No. 77]. The motion is granted. Objections made pursuant to Fed. R. Civ. P. 26(a)(3)(B) preserve the ability of a party to make such objections at trial. The Court will not rule on such objections until they are made at trial.

    DATED August 10, 2009.